In the Matter of JAZMONE S., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 1.)

In the Matter of ASHLEY J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 2.)

In the Matter of ZALIKA J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 3.)

In the Matter of ETHAN J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 4.)

Submitted July 21, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of JENNY A., Appellant, v CAYUGA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.

Submitted July 28, 2008; decided October 21, 2008

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).

In the Matter of EDWARD KOEHL, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted August 11, 2008; decided October 21, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.